IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 APR 25 PM 4:01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19 cr 77 |
| Plaintiff, | : | THOMAS M. ROSE |
| v. | : | |
| JOE JEROME WILLIAMS, | : | INDICTMENT<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi) |
| Defendant. | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)<br>21 U.S.C. § 846 |
| | : | |

**THE GRAND JURY CHARGES THAT:**

## COUNT 1
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about October 18, 2018, in the Southern District of Ohio, defendant **JOE JEROME WILLIAMS** knowingly possessed a firearm, in and affecting interstate commerce. This possession occurred after **JOE JEROME WILLIAMS** had been convicted of the following felonies punishable by terms of imprisonment exceeding one year, namely:

a. On or about September 19, 2001, in the Court of Common Pleas, Montgomery County, Ohio, Case Number 2001-CR-2223, Possession of Cocaine (crack form >1 gram but < 5 grams), in violation of the Ohio Revised Code; and

b. On or about November 15, 2013, in the Court of Common Pleas, Knox County, Ohio, Case Number 13CR01-0019, Trafficking in Heroin, in violation of the Ohio Revised Code.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 2
## [21 U.S.C. § 846]

Beginning on an exact date unknown but at least by on or about April 16, 2019, in the Southern District of Ohio and elsewhere, defendant **JOE JEROME WILLIAMS** knowingly and intentionally conspired with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute in excess of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) and in excess of 400 grams or more a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi).

All in violation of 21 U.S.C. § 846.

A TRUE BILL

_____
FOREMAN

BENJAMIN C. GLASSMAN
United States Attorney


_____
DWIGHT K. KELLER
Assistant United States Attorney